## STATE OF OREGON,
*Appellant,*

*v.*

## JAMES RICKY WATSON,
*Respondent.*

(95-2064-C-2; CA A93847)

963 P2d 173

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D.Reynolds, Solicitor General.

Dan Maloney and Jesse Wm. Barton, Deputy Public Defenders, argued the cause for respondent. On the brief were Sally L. Avera, Public Defender, and Dan Maloney, Deputy Public Defender.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

Reversed and remanded for resentencing. *State v. Jackman*, 155 Or App 358, 963 P2d 170 (1998).